## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL STEPHENS** | : **CIVIL ACTION** |
| | : |
| | : |
| **v.** | : **NO. 17-2470** |
| | : |
| **MANLEY DEAS KOCHALSKI, LLC** | : |

## ORDER

**AND NOW**, this 14th day of November 2017, upon considering Defendant's Motion to dismiss the amended complaint (ECF Doc. No. 20) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 20) is **GRANTED** and the Plaintiff's Amended Complaint (ECF Doc. No. 18) is **DISMISSED with prejudice**. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.